UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                   Chapter 7

Patrick Jay McGuffin,          Case No. 6:14-bk-06580-CCJ
Sheila Ann McGuffin

      Debtors.
_____/

**FIFTH SUPPLEMENT TO STATEMENT OF
COMPENSATION UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)**

      Wolff, Hill, McFarlin & Herron, P.A. ("WHM&H") supplements the statement made pursuant to 11 U.S.C. §329 and F.R.B.P. 2016(b) and says:

      1.    <u>Compensation Paid or Agreed to be Paid</u>.  After June 22, 2015, $500.00 was paid to WHM&H for services rendered or to be rendered by WHM&H in connection with this case.

      2.    <u>Source of Compensation</u>.   The source of the foregoing compensation is the Debtors.

      3.    <u>Sharing</u>.  WHM&H has not shared or agreed to share the compensation with any entity other than with members and regular associates of WHM&H.

                                          <u>/s/ Frank M. Wolff</u>
                                          Frank M. Wolff
                                          Florida Bar No. 319521
                                          Wolff, Hill, McFarlin & Herron, P.A.
                                          1851 West Colonial Drive
                                          Orlando, FL 32804
                                          Telephone (407) 648-0058
                                          Facsimile (407) 648-0681
                                          fwolff@whmh.com

                                          Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I certify that a copy of the fifth supplemental statement of compensation was served on July 28, 2015 to all filing users through the CM/ECF filing system.

/s/ Frank M. Wolff
Frank M. Wolff